UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In Re: )
ALFRED MARSHALL )
) CASE NO. 17-11587-WRS-13
Debtor(s) )

## NOTICE OF APPEARANCE

Now Comes, Leonard N. Math, and files this Notice of Appearance in the above styled action on behalf of FIVE STAR CREDIT UNION and requests that further notices in this case on behalf of said creditor be sent to him as counsel of record.

/s/ Leonard N. Math, dated this 18 day of Sep, 2017

OF COUNSEL:
Chambless Math ◆ Carr, P.C.
P.O. Box 230759
Montgomery, Alabama 36123-0759
(334) 272-2230

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served on all attorneys of record as set forth below on this 18 day of Sep, 2017.

x   by electronic service

SABRINA L. MCKINNEY
CHAPTER 13 TRUSTEE
PO BOX 173
MONTGOMERY AL 36101
trustees_office@ch13mdal.com

RAFAEL GIL, III
LUDLUM & GIL, LLC
111 ADRIS PLACE, SUITE 5
DOTHAN AL 36303
rgil@wiregrassattorneys.com

x   by regular U.S. mail

ALFRED MARSHALL
521 GAMMAGE ROAD
EUFAULA AL 36027

/s/ Leonard N. Math, dated this 18 day of Sep, 2017